UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| SMITH, DORIS | ) | CASE NO. 05 B 46269 |
| | ) | |
| Debtor(s) | ) | HON. JACK B. SCHMETTERER |

Social Security/Employer Tax ID Number:   XXX-XX-1524

**NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:   U S BANKRUPTCY COURT, 219 S DEARBORN ST, COURTROOM 682, CHICAGO, IL

    On:   AUGUST 30, 2007                Time:  10:30 A.M.

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    Receipts                                                                $17,408.00

    Disbursements                                                              $511.14

    Net Cash Available for Distribution                                    $16,896.86

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Phillip D. Levey<br>Trustee | $0.00 | $2,151.00 | $46.02 |
| Phillip D. Levey<br>Attorney For Trustee | $0.00 | $9,360.00 | $0.00 |

5. Applications for Chapter 11 and/or 13 fees and administrative expenses have been filed as follows: None

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:  None

7. Claims of general unsecured creditors totaling $5,205.86 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 100% plus 4.0800% interest. Based on the aforesaid distributions, it appears that this is a surplus estate. Further, said surplus will be paid to the debtor(s) in the approximate amount of $3,397.99.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 4 | Citibank (South Dakota) NA | $1,807.87 | $1,941.85 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| Checking Account-Pullman | $25.00 |
| HOUSEHOLD FURNISHINGS | $800.00 |
| WEARING APPAREL | $200.00 |
| LIFE INSURANCE | $0.00 |
| 1999 Ford Escort | $2,300.00 |

Dated: AUGUST 1, 2007                           For the Court,

                                                By:   KENNETH S. GARDNER
                                                      Kenneth S. Gardner
                                                      Clerk of the U.S. Bankruptcy Court
                                                      219 S. Dearborn Street; 7th Floor
                                                      Chicago, IL 60604

Trustee:    Phillip D. Levey
Address:    2722 North Racine Avenue
            Chicago, IL 60614
Phone No.:  (773) 348-9682

Case 05-46269    Doc 61    Filed 08/01/07    Entered 08/04/07 01:35:16    Desc Imaged
Certificate of Service    Page 3 of 4

BAE SYSTEMS
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

6269  Doc 61  Filed 08/01/07  Entered 08/04/07 01:35:16  Desc Imaged
Certificate of Service  Page 4 of 4

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: amcc7                 Page 1 of 1            Date Rcvd: Aug 01, 2007
Case: 05-46269                 Form ID: pdf002             Total Served: 17

The following entities were served by first class mail on Aug 03, 2007.
db           +Doris Smith,    11521 S.Wallace,    Chicago, IL 60628-5322
aty          +Nicole G Lawson,    Nicole G  Lawson Attorney at Law  P C,    7821 S Western Ave,
               Chicago, IL 60620-5823
aty          +Phillip D Levey,    2722 North Racine Avenue,    Chicago, IL 60614-1206
tr           +Phillip D Levey, ESQ,    2722 North Racine Avenue,    Chicago, IL 60614-1206
cr           +CitiMortgage, Inc.,    c/o McCalla, Raymer, et al.,    Bankruptcy Department,
               1544 Old Alabama Road,    Roswell, GA 30076-2102
br            Fred C Stark,    Kmiecik Realtors of Chicago, IL
10037794     +Action Card,    P.O.Box 5052,    Sioux Falls, SD 57117-5052
10037795     +Capital One,    POB 60000,    Seattle, WA 98190-6000
10037796     +Citi cards,    POB 688916,    Des Moines, IA 50368-8916
10037798     +CitiMortgage, Inc,    c/o McCalla, Raymer, et al,    1544 Old Alabama Road,
               Roswell, GA 30076-2102
10687721      CitiMortgage, Inc.,    Bankruptcy Department,    P.O. Box 9481,    Gaithersburg, MD 20898-9481
10761692     +Citibank (South Dakota) NA,    Assoc Shell Payment Center,    4740 121st  Street,
               Urbandale, IA 50323-2402
10761691     +Citibank (South Dakota) NA,    Assoc/BP Amoco Payment Center,    4740 121st Street,
               Urbandale, IA 50323-2402
10037797     +Citifinancial, Inc,    P O Box 220745,    Charlotte, NC 28222-0745
10037799     +Direct Merchants Bank,    POB 17036,    Baltimore, MD 21297-1036
10037800     +PROCESSING CENTER,    POB 9014,    Des Moines, IA 50368-9014
10037801      Walmart,    POB 960023,    Roswell, FL 32896

The following entities were served by electronic transmission.
NONE.                                                                                                 TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
br            Kmiecik Realtors of Chicago Illinois
                                                                                                  TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 03, 2007**                        **Signature:** _Joseph Speetjens_