IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| SMITH, DORIS | ) | CASE NO. 05 B 46269 |
| | ) | |
| | ) | |
| Debtor(s) | ) | HON. JACK B. SCHMETTERER |

## TRUSTEE'S FINAL ACCOUNT AND APPLICATION
## TO CLOSE CASE AND DISCHARGE THE TRUSTEE

TO:   THE HONORABLE JACK B. SCHMETTERER
      BANKRUPTCY JUDGE

Final distribution of all monies has been made in accordance with the attached Order Awarding Compensation and Expenses, Trustee's Distribution Report and Trustee's Form 2.

The Trustee certifies that the estate has been fully administered, requests that he be discharged and the case closed pursuant to 11 U.S.C. §350.

Date: _11-21-07_

_____
TRUSTEE

Phillip D. Levey
2722 North Racine Avenue
Chicago, IL 60614
(773) 348-9682

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| SMITH, DORIS | ) | CASE NO. 05 B 46269 |
| | ) | |
| Debtor(s) | ) | HON. JACK B. SCHMETTERER |

## ORDER AWARDING COMPENSATION AND EXPENSES

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:

| | | |
|---|---|---:|
| 1. | Trustee's compensation | $2,151.00 |
| 2. | Trustee's expenses | $46.02 |
| | TOTAL | $2,197.02 |

IT IS FURTHER ORDERED that the requests for compensation and expenses are allowed as follows:

| | | | |
|---|---|---|---:|
| 1. | Attorney for the Trustee | | |
| | a. | Chapter 7 Compensation | $9,360.00 |
| | b. | Chapter 7 Expenses | $0.00 |
| | c. | Chapter 11 Compensation | $0.00 |
| | d. | Chapter 11 Expenses | $0.00 |
| 2. | Accountant for the Trustee | | |
| | a. | Chapter 7 Compensation | $0.00 |
| | b. | Chapter 7 Expenses | $0.00 |
| | c. | Chapter 11 Compensation | $0.00 |
| | d. | Chapter 11 Expenses | $0.00 |
| 3. | Other professionals | | |
| | a. | Chapter 7 Compensation | $0.00 |
| | b. | Chapter 7 Expenses | $0.00 |
| | c. | Chapter 11 Compensation | $0.00 |
| | d. | Chapter 11 Expenses | $0.00 |

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED: _____

ENTER:

**ENTERED**
AUG 30 2007
JACK B. SCHMETTERER BANKRUPTCY JUDGE
UNITED STATES BANKRUPTCY COURT

_____
UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| SMITH, DORIS | ) | CASE NO. 05 B 46269 |
| | ) | |
| Debtor(s) | ) | HON. JACK B. SCHMETTERER |

## DISTRIBUTION REPORT

I, Phillip D. Levey, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

### SUMMARY OF DISTRIBUTION:

| | |
|---|---:|
| Chapter 7 Administrative Expenses: | $11,557.02 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Claims | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $1,807.87 |
| Interest (726(a)(5) | $133.98 |
| Surplus to Debtor (726(a)(6) | $3,440.15 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $16,939.02 |

EXHIBIT D

Case Number: 05-46269    JBS   Page 1    Date: August 31, 2007
Debtor Name: SMITH, DORIS

| Claim # | Payee Name | Class | Priority | Amt Claimed * Amt Allowed | Paid to Date | Claim Balance | Proposed Payment | Interest Paid To Date | Proposed Interest | Total Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Beginning Balance | | | | | | | | | | $16,939.02 |
| | **Claim Type -** | | | | | | | | | | |
| | Phillip D. Levey COMPENSATION | Admin | | $2,151.00 * $2,151.00 | $0.00 | $2,151.00 | $2,151.00 | $0.00 | $0.00 | $2,151.00 | $14,788.02 |
| | Percent Paid: 100.00000 % | | | | | | | | | | |
| | Phillip D. Levey EXPENSES | Admin | | $46.02 * $46.02 | $0.00 | $46.02 | $46.02 | $0.00 | $0.00 | $46.02 | $14,742.00 |
| | Percent Paid: 100.00000 % | | | | | | | | | | |
| | **Subtotal For Claim Type** | | | $2,197.02 * $2,197.02 | $0.00 | $2,197.02 | $2,197.02 | $0.00 | $0.00 | $2,197.02 | |
| | **Claim Type 3110-00 - Attorney for Trustee Fees** | | | | | | | | | | |
| | Phillip D. Levey | Admin | 001 | $9,360.00 * $9,360.00 | $0.00 | $9,360.00 | $9,360.00 | $0.00 | $0.00 | $9,360.00 | $5,382.00 |
| | Percent Paid: 100.00000 % | | | | | | | | | | |
| | **Subtotal For Claim Type 3110-00** | | | $9,360.00 * $9,360.00 | $0.00 | $9,360.00 | $9,360.00 | $0.00 | $0.00 | $9,360.00 | |
| | **Subtotals For Class Administrative   100.00000 %** | | | $11,557.02 * $11,557.02 | $0.00 | $11,557.02 | $11,557.02 | $0.00 | $0.00 | $11,557.02 | |
| | **Claim Type 4110-00 - Real Estate - Consensual Liens** | | | | | | | | | | |
| 000001 | CitiMortgage, Inc. Bankruptcy Department P.O. Box 9481 Gaithersburg, MD 20898-9481 | Sec | 050 | $33,631.23 * $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5,382.00 |
| 000002 | Citifinancial, Inc P O Box 220745 Charlotte, NC 28222 | Sec | 050 | $10,013.99 * $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5,382.00 |
| | **Subtotal For Claim Type 4110-00** | | | $43,645.22 * $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

Case Number: 05-46269   JBS                                   Page  2                                   Date: August 31, 2007
Debtor Name: SMITH, DORIS

| Claim # | Payee Name | Class | Priority | Amt Claimed * Amt Allowed | Paid to Date | Claim Balance | Proposed Payment | Interest Paid To Date | Proposed Interest | Total Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Subtotals For Class Secured | | 0.00000 % | $43,645.22 * $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| | **Claim Type 7100-00 - General Unsecured 726(a)(2)** | | | | | | | | | | |
| 000003 | Citibank (South Dakota) NA Assoc/BP Amoco Payment Center 4740 121st Street Urbandale, IA 50329-2402 | Unsec | 070 Percent Paid: 107.41106 % | $1,063.68 * $1,063.68 | $0.00 | $1,063.68 | $1,063.68 | $0.00 | $78.83 | $1,142.51 | $4,239.49 |
| 000004 | Citibank (South Dakota) NA Assoc Shell Payment Center 4740 121st Street Urbandale, IA 50323 | Unsec | 070 Percent Paid: 107.41074 % | $744.19 * $744.19 | $0.00 | $744.19 | $744.19 | $0.00 | $55.15 | $799.34 | $3,440.15 |
| | Subtotal For Claim Type 7100-00 | | | $1,807.87 * $1,807.87 | $0.00 | $1,807.87 | $1,807.87 | $0.00 | $133.98 | $1,941.85 | |
| | **Claim Type 8200-00 - Surplus Funds Paid to Debtor** | | | | | | | | | | |
| | SMITH, DORIS 11521 S.WALLACE CHICAGO, IL 60628-5322 | Unsec | 999 Percent Paid: 100.00000 % | $0.00 * $3,440.15 | $0.00 | $3,440.15 | $3,440.15 | $0.00 | $0.00 | $3,440.15 | $0.00 |
| | Subtotal For Claim Type 8200-00 | | | $0.00 * $3,440.15 | $0.00 | $3,440.15 | $3,440.15 | $0.00 | $0.00 | $3,440.15 | |
| | Subtotals For Class Unsecured | | 102.55296 % | $1,807.87 * $5,248.02 | $0.00 | $5,248.02 | $5,248.02 | $0.00 | $133.98 | $5,382.00 | |

**FINAL DISTRIBUTION**

Case Number: 05-46269    JBS
Debtor Name: SMITH, DORIS

Page 3

Date: August 31, 2007

| Claim # | Payee Name | Class | Priority | Amt Claimed * / Amt Allowed | Paid to Date | Claim Balance | Proposed Payment | Interest Paid To Date | Proposed Interest | Total Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|---|---|---|
| << Totals >> | | | | $57,010.11 * / $16,805.04 | $0.00 | $16,805.04 | $16,805.04 | $0.00 | $133.98 | $16,939.02 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution. Interest was calculated from the Case Petition Date of 10/07/05 through 07/31/07 at a rate of 4.08% (annualized simple interest).

PROPDIS9

Printed: 08/31/07 10:19 AM    Ver: 12.52

Case 05-46269    Doc 64    Filed 12/10/07    Entered 12/10/07 09:21:48    Desc Main
Document      Page 7 of 10

Page: 1

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-46269 -JBS | | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|
| Case Name: | SMITH, DORIS | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******1770 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******3755 | | | |
| For Period Ending: | 11/21/07 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/26/06 | 1 | Doris Smith | Sale of Real Estate | 1110-000 | 14,876.94 | | 14,876.94 |
| 06/26/06 | 1 | Doris Smith | Sale of Real Estate | 1110-000 | 2,000.00 | | 16,876.94 |
| 06/30/06 | 2 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 0.95 | | 16,877.89 |
| 07/10/06 | 1 | Doris Smith | Sale of Real Estate - Balance Due | 1110-000 | 375.00 | | 17,252.89 |
| 07/31/06 | 2 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 14.53 | | 17,267.42 |
| 08/14/06 | 000101 | Fred Stark and Century 21 Kmiecik | Appraisal Fee | 3711-000 | | 495.00 | 16,772.42 |
| 08/31/06 | 2 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 14.61 | | 16,787.03 |
| 09/29/06 | 2 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 13.79 | | 16,800.82 |
| 10/31/06 | 2 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 14.28 | | 16,815.10 |
| 11/30/06 | 2 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 13.82 | | 16,828.92 |
| 12/29/06 | 2 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 14.29 | | 16,843.21 |
| 01/31/07 | 2 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 14.31 | | 16,857.52 |
| 02/28/07 | 2 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 12.93 | | 16,870.45 |
| 03/30/07 | 2 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 14.33 | | 16,884.78 |
| 04/30/07 | 2 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 13.88 | | 16,898.66 |
| 05/08/07 | 000102 | International Sureties, Ltd. 203 Carondelet St.-Suite 500 New Orleans, LA 70130 | Blanket Bond Premium-Bond #01602645 | 2300-000 | | 16.14 | 16,882.52 |
| 05/31/07 | 2 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 14.34 | | 16,896.86 |
| 06/29/07 | 2 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 13.88 | | 16,910.74 |
| 07/31/07 | 2 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 14.37 | | 16,925.11 |
| 08/31/07 | 2 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 13.91 | | 16,939.02 |
| 08/31/07 | | Transfer to Acct #*******2410 | Final Posting Transfer | 9999-000 | | 16,939.02 | 0.00 |

Page Subtotals        17,450.16        17,450.16

Ver: 12.60b

LFORM24

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

| Case No: | 05-46269 -JBS | Trustee Name: | Phillip D. Levey |
| Case Name: | SMITH, DORIS | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******1770 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******3755 | | |
| For Period Ending: | 11/21/07 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 17,450.16 | 17,450.16 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 16,939.02 | |
| | | | Subtotal | | 17,450.16 | 511.14 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 17,450.16 | 511.14 | |

Page Subtotals           0.00           0.00

Ver: 12.60b

LFORM24

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

| Case No: | 05-46269 -JBS | | Trustee Name: | Phillip D. Levey |
| Case Name: | SMITH, DORIS | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******2410 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3755 | | | |
| For Period Ending: | 11/21/07 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/31/07 | | Transfer from Acct #*******1770 | Transfer In From MMA Account | 9999-000 | 16,939.02 | | 16,939.02 |
| 08/31/07 | 000101 | PHILLIP D. LEVEY 2722 NORTH RACINE AVENUE CHICAGO, IL 60614 | Chapter 7 Compensation/Fees | 2100-000 | | 2,151.00 | 14,788.02 |
| 08/31/07 | 000102 | PHILLIP D. LEVEY 2722 NORTH RACINE AVENUE CHICAGO, IL 60614 | Chapter 7 Expenses | 2200-000 | | 46.02 | 14,742.00 |
| 08/31/07 | 000103 | Phillip D. Levey | TRUSTEE'S ATTORNEY'S FEES | 3110-000 | | 9,360.00 | 5,382.00 |
| 08/31/07 | 000104 | Citibank (South Dakota) NA Assoc/BP Amoco Payment Center 4740 121st Street Urbandale, IA 50329-2402 | Claim 000003, Payment 107.41106% | | | 1,142.51 | 4,239.49 |
| | | | Claim           1,063.68 | 7100-000 | | | 4,239.49 |
| | | | Interest            78.83 | 7990-000 | | | 4,239.49 |
| 08/31/07 | 000105 | Citibank (South Dakota) NA Assoc Shell Payment Center 4740 121st Street Urbandale, IA 50323 | Claim 000004, Payment 107.41074% | | | 799.34 | 3,440.15 |
| | | | Claim            744.19 | 7100-900 | | | 3,440.15 |
| | | | Interest            55.15 | 7990-000 | | | 3,440.15 |
| 08/31/07 | 000106 | SMITH, DORIS 11521 S.WALLACE CHICAGO, IL 60628-5322 | Surplus Funds | 8200-002 | | 3,440.15 | 0.00 |

Page Subtotals        16,939.02        16,939.02

LFORM24

Ver: 12.60b

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4

| Case No: | 05-46269 -JBS | Trustee Name: | Phillip D. Levey |
| Case Name: | SMITH, DORIS | Bank Name: | BANK OF AMERICA |
|  |  | Account Number / CD #: | *******2410 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3755 |  |  |
| For Period Ending: | 11/21/07 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 16,939.02 | 16,939.02 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 16,939.02 | 0.00 | |
| | | | Subtotal | | 0.00 | 16,939.02 | |
| | | | Less: Payments to Debtors | | | 3,440.15 | |
| | | | Net | | 0.00 | 13,498.87 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Money Market Account (Interest Earn - ********1770 | 17,450.16 | 511.14 | 0.00 |
| Checking Account (Non-Interest Earn - ********2410 | 0.00 | 13,498.87 | 0.00 |
| | 17,450.16 | 14,010.01 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00

LFORM24

Ver: 12.60b